## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Quatros Deshanno Carruth,    Civil No. 08-943 (DWF/JJK)

      Petitioner,

v.    **ORDER**

Warden Dwight Fondren, Federal
Correctional Institution Sandstone,
Minnesota; Federal Bureau of Prisons,

      Respondent.

---

Quatros Deshano Carruth, *Pro Se*, Petitioner.

Jeffrey S. Paulsen and Leshia M. Lee-Dixon, Assistant United States Attorneys, counsel for Respondent.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 9, 2009. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    The Petition of Quatros Deshanno Carruth for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DENIED**; and

    2.    This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 17, 2009        s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          Judge of United States District Court